Daniel F. Fears, Bar No. 110573
dff@paynefears.com
Andrew K. Haeffele, Bar No. 258992
akh@paynefears.com
PAYNE & FEARS LLP
Attorneys at Law
Jamboree Center, 4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

Attorneys for Defendant THE BOEING COMPANY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

| | |
|---|---|
| JEREMY W. NEHER, an individual,<br><br>         Plaintiff,<br><br>     v.<br><br>THE BOEING COMPANY, and DOES 1<br>through 100, inclusive,<br><br>         Defendant. | Case No. SACV12-1288 CJC (RNBx)<br><br>**JUDGMENT**<br><br>Hearing Date: October 28, 2013<br>Time:         1:30 p.m.<br>Courtroom:    9B<br><br>Action Filed: March 7, 2012<br>Trial Date:   December 10, 2013 |

        This action case on for hearing before this Court on
October 28, 2013, before the Honorable Cormac J. Carney, upon the
Motion for Summary Judgment or, in the Alternative, Partial
Summary Judgment, brought by Defendant The Boeing Company
("Defendant") against Plaintiff Jeremy Neher ("Plaintiff").  The
evidence presented having been fully considered, the issues
having been duly heard, including the argument of counsel, and a
decision having been duly rendered.

/ / /

/ / /

/ / /

1        **IT IS ORDERED AND ADJUDGED** that Judgment be and is

2   hereby entered in favor of Defendant, that Plaintiff take

3   nothing, that the action be dismissed with prejudice on the

4   merits, and that Defendant The Boeing Company recover its

5   reasonable costs.

6

7        **IT IS SO ORDERED.**

8

9   **DATED:  December 16, 2013**

10

11       _____
         THE HONORABLE CORMAC J. CARNEY
12       UNITED STATES DISTRICT JUDGE

13

14   4851-9587-0999.1

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PAYNE & FEARS LLP
ATTORNEYS AT LAW
JAMBOREE CENTER, 4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100